IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hayde Christina Colaviti aka Hayde Colaviti<br>    Debtor. | BANKRUPTCY CASE NUMBER<br>18-04663/RNO |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant,<br>v.<br><br>Hayde Christina Colaviti aka Hayde Colaviti<br>    Debtor/Respondent.<br><br>Charles J. DeHart, III, Trustee<br>    Additional Respondent. | CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on January 22, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

                                          Respectfully submitted,

Dated: January 28, 2019                   BY:/s/ Kevin S. Frankel
                                                        Kevin S. Frankel, Esquire
                                                        Shapiro & DeNardo, LLC
                                                        3600 Horizon Drive, Suite 150
                                                        King of Prussia, PA 19406
                                                         (610)278-6800/ fax (847) 954-4809
S&D File #:16-054294                      PA BAR ID #318323
                                                        pabk@logs.com