# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Hayde Christina Colaviti

Case No.: 5-18-04663MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Selene Finance |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 1355 |
| Property Address if applicable: | 417 N 2nd St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $20,580.00 |
| b. | Prepetition arrearages paid by the trustee: | $20,580.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $20,580.00 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 21, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Hayde Christina Colaviti

Case No.: 5-18-04663MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 21, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Jason M Rapa, Esquire
141 S 1st Street
Lehighton PA 18235

**Served by First Class Mail**
Selene Finance LP
ATT: BK Dept
3501 Olympus Blvd Suite 500
Dallas TX 75019

Hayde Christina Colaviti
417 N 2nd St
Lehighton PA 18235

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 21, 2023           /s/ Liz Joyce
                                  Office of the Standing Chapter 13 Trustee
                                  Jack N. Zaharopoulos
                                  Suite A, 8125 Adams Dr.
                                  Hummelstown, PA 17036
                                  Phone: (717) 566-6097
                                  email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-04663  **HAYDE CHRISTINA COLAVITI**

SELENE FINANCE, LP
ATTN: BK DEPT
3501 OLYMPUS BLVD, SUITE 5
DALLAS, TX   75019-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 417 N 2nd St - PRE-ARREARS

$17,767.51 @ 5.99% - 417 N 2ND ST

| | | | |
|---|---|---|---|
| Amt Sched: $20,216.19 | Debt: $20,580.00 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $20,580.00 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **SELENE FINANCE, LP** | | | | | | | |
| 520-0 | SELENE FINANCE, LP | | 07/13/2022 | 2015058 | $211.34 | $0.00 | $211.34 | 07/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 06/14/2022 | 2014085 | $593.63 | $0.00 | $593.63 | 07/18/2022 |
| 520-0 | SELENE FINANCE, LP | | 05/17/2022 | 2013069 | $593.63 | $0.00 | $593.63 | 06/17/2022 |
| 520-0 | SELENE FINANCE, LP | | 04/12/2022 | 2011969 | $593.63 | $0.00 | $593.63 | 04/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 03/16/2022 | 2010954 | $593.63 | $0.00 | $593.63 | 03/30/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009397 | $593.63 | $0.00 | $593.63 | 02/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008388 | $593.63 | $0.00 | $593.63 | 01/25/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/15/2021 | 2007371 | $593.63 | $0.00 | $593.63 | 12/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006343 | $593.63 | $0.00 | $593.63 | 11/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005298 | $611.19 | $0.00 | $611.19 | 10/19/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004303 | $611.19 | $0.00 | $611.19 | 09/21/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003242 | $611.19 | $0.00 | $611.19 | 08/24/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002216 | $611.19 | $0.00 | $611.19 | 07/20/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001239 | $611.19 | $0.00 | $611.19 | 06/22/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/18/2021 | 2000215 | $591.68 | $0.00 | $591.68 | 06/07/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228852 | $591.68 | $0.00 | $591.68 | 04/20/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227825 | $591.68 | $0.00 | $591.68 | 03/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/17/2021 | 1226812 | $591.68 | $0.00 | $591.68 | 02/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2021 | 1225804 | $591.68 | $0.00 | $591.68 | 01/26/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/10/2020 | 1224001 | $591.68 | $0.00 | $591.68 | 12/15/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/03/2020 | 1223151 | $591.68 | $0.00 | $591.68 | 11/10/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/15/2020 | 1222263 | $585.18 | $0.00 | $585.18 | 10/21/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2020 | 1221216 | $585.18 | $0.00 | $585.18 | 09/23/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/12/2020 | 1220176 | $585.18 | $0.00 | $585.18 | 08/18/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/07/2020 | 1219103 | $585.18 | $0.00 | $585.18 | 07/13/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/02/2020 | 1218111 | $585.18 | $0.00 | $585.18 | 06/10/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/06/2020 | 1217166 | $585.18 | $0.00 | $585.18 | 05/12/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/14/2020 | 1215987 | $606.64 | $0.00 | $606.64 | 04/21/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/12/2020 | 1214677 | $606.64 | $0.00 | $606.64 | 03/18/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/13/2020 | 1213363 | $606.64 | $0.00 | $606.64 | 02/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/16/2020 | 1212563 | $3,090.91 | $0.00 | $3,090.91 | 01/27/2020 |
| | | | | Sub-totals: | $20,580.00 | $0.00 | $20,580.00 | |
| | | | | Grand Total: | $20,580.00 | $0.00 | | |