| | |
|---|---|
| Debtor 1 | Hayde Christina Colaviti |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)
Case number 5:18-bk-04663-MJC

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1355

**Property address:** 417 N 2ND ST ,
Number        Street

LEHIGHTON, PA 18235
City                State        ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
MM/DD/YYYY

[X] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $0.00
b. Total fees, charges, expenses, escrow and costs outstanding (escrow disbursement):    + (b) $15, 131.01
c. Total Postpetition Mortgage Fees, Expenses, and Charges (PPFN filed 4/26/19)    (c) $425.00
c. Total.    (c) $15,556.01

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___Total Debt Plan_____
MM/ DD/ YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Christopher Salamone            Date 12/12/2023
   Signature

Print  Christopher Salamone            Title Authorized Agent
       First Name   Middle Name   Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  13010 Morris Rd, Suite 450
         Number   Street

         Alpharetta, GA 30004
         City   State   ZIP Code

Contact  470-321-7112                  Email  csalamone@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Hayde Christina Colaviti
417 N. 2nd St.,
Lehighton, PA 18235

And via electronic mail to:

Jason M Rapa
Rapa Law Office, PC
141 South 1st Street
Lehighton, PA 18235

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Jessica Norton
Email: jnorton@raslg.com