United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04663-MJC |
| Hayde Christina Colaviti | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Aug 30, 2024      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hayde Christina Colaviti, 417 N. 2nd St.,, Lehighton, PA 18235-1420 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bkgroup@kmllawgroup.com |
| Jason M Rapa | on behalf of Debtor 1 Hayde Christina Colaviti jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Kevin S Frankel | |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

Robert Shearer

on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br><br>Hayde Christina Colaviti,<br>    Debtor,<br><br>U.S. Bank Trust National Association not in its individual capacity but solely as owner/trustee for RCF 2 Acquisition Trust,<br><br>    Movant,<br><br>v.<br><br>Hayde Christina Colaviti,<br>Jack N Zaharopoulos (Trustee)<br><br>    Respondents. | Bankruptcy No. 5:18-bk-04663-MJC<br><br>Chapter 13 |

## ORDER GRANTING MOTION TO REOPEN CHAPTER 13 CASE

Upon consideration of the Motion to Reopen Case, Dkt. # 64 ("Motion"), filed on August 1, 2024, no responses or objections having been filed thereto, and after a hearing held on August 29, 2024, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is hereby **REOPENED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 29, 2024